JAMES P. SHEA (State Bar No. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DENNIS GRAYSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV 12-07492 MRW<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS ORDERED that EAJA fees are awarded in the amount of three thousand, seventy dollars and eighty five cents ($3,070.85), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: 4/17/2013                    _____

　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE